

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: SPECIFIED          *     MISCELLANEOUS NO.
       RESTITUTION ORDERS
                                    *

                           *   *   *

### ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that the clerk of Court disburse and mail all future restitution payments in favor of Bank One or First National Bank in the following cases to JP Morgan Chase, Fraud Recovery Investigations, Post Office Box 710988, Columbus, OH 43271-2988:

| Case # | Section | Defendant Name |
|--------|---------|----------------|
| 94-380 | M | Wayne J. Erdman |
| 95-012 | F | Lawrence H. Ellis Jr |
| 95-088 | T | Eric Vreeken |
| 96-157 | E | John R. Gant |
| 96-278 | R | Henry P. Meyers |
| 96-327 | E | Rachel Smooth |
| 96-327 | E | Gillis B. Donald |
| 96-327 | E | William A. Skinner |
| 96-327 | E | Johnny Odoms |
| 96-327 | E | Samatti Cagnolatti |
| 97-357 | M | Laday Jenkins |

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No.____

| Case | Code | Name |
|---|---|---|
| 97-377 | R | Ray Landry |
| 98-151 | N | Thomas Leggett |
| 98-211 | S | Darren E. Henderson |
| 98-255 | N | Joy Smith |
| 98-257 | D | Henry S. Casey |
| 98-260 | I | Michael Martin |
| 98-306 | E | Demetra Henderson |
| 99-181 | C | Monterro Paul |
| 99-221 | S | Delaine Lawrence |
| 99-222 | N | Jonathan Coleman |
| 99-222 | N | Malcolm Lawrence |
| 99-280 | B | Douglas Jones |
| 99-280 | B | Darryl Adams |
| 99-280 | B | Vernell Davenport |
| 99-354 | F | Robert P. Lowe |
| 99-354 | F | Robin Davis |
| 99-395 | L | Luther Squalls |
| 99-395 | L | Anthony Riley |
| 99-395 | L | Prentiss Martin |
| 99-395 | L | Kim Hester |
| 99-395 | L | Jean Perkins |
| 00-044 | I | Gerald Felix Ross |
| 00-090 | T | Reed Jackson |
| 00-127 | S | Roderick Doakes |
| 00-158 | L | Oscar Myles |
| 00-207 | F | James Arnold |
| 00-207 | F | Wyouila Kent |
| 00-211 | S | Kristopher R. White |
| 00-223 | L | James Alton Olinde, Jr. |
| 00-296 | D | Tremika Simon |
| 00-297 | B | Joyce Colar Jackson |
| 00-298 | J | Tutrea U. Riney |
| 00-321 | N | Kimberly Taylor |
| 00-321 | N | Armstead L. Kieffer |
| 00-321 | N | Nikki Manue |
| 00-321 | N | Kenneth Richmond |
| 00-352 | L | Carlos Walker |
| 00-352 | L | Demetrius Vernon |
| 01-033 | B | Douglas Jones |
| 01-100 | N | Ricardo Antonio Pacheco |
| 01-115 | S | Derryl Scott |
| 01-144 | B | Kathleen Barrilleaux |
| 01-158 | R | Reginald Smith |

| | | |
|---|---|---|
| 01-181 | T | Stephanie Johnson |
| 01-252 | R | De'Neil T. Reaves |
| 01-322 | T | Rhonda Green |
| 01-351 | F | Christina M. Palacios |
| 02-021 | F | Sharon D. Neal |
| 02-069 | T | Simone Glover |
| 02-090 | A | Lakeysha R. King |
| 02-100 | K | Waynette Sanders |
| 02-168 | B | Mark Anthony Vinzant |
| 02-168 | B | Kenneth Jerome Nord |
| 02-168 | B | Allen Brian Richardson |
| 02-286 | F | Avanda Lewis |
| 02-370 | S | Ernest W. Roy III |
| 02-370 | S | Gregory L. King |
| 03-012 | L | Vincent O. Fleitas |
| 03-027 | L | Candance L. Benton |
| 03-027 | L | Monterreo M. Paul |
| 03-027 | L | Gerard Bailey Jr |
| 03-073 | F | Thomas H. Leggett |
| 03-075 | I | Michelle Brown |
| 03-165 | J | Derrita R. Moaton |
| 03-203 | L | Frank Anderson |
| 03-245 | S | Cassandra Alex |
| 03-246 | R | Curt Stewart |
| 03-295 | R | Gayle Mhoon |
| 03-297 | J | Mary Gray |
| 03-297 | J | Anita Gibson |
| 03-297 | J | Joe Potts |
| 03-303 | N | Gerald Robinson |
| 04-044 | N | Fitzgerald J. Winfield |
| 04-052 | A | Andre Muse |
| 04-131 | R | James Price |
| 04-221 | F | Brian T. Slicho |
| 04-228 | N | Richard J. Cowart |

```
04-240      S       Bobby Gross
04-321      K       David M. Samuels
05-212      T       Toris Young
```

New Orleans, Louisiana, this 30 day of June 2008

_____
UNITED STATES DISTRICT JUDGE